FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 MAR 18  PM 2: 51

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 15-892 CEG |
| | ) |
| vs. | ) |
| | ) 18 U.S.C. § 3: Accessory after the Fact. |
| ZACHARY MILTON HESS, | ) |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about May 29, 2014 in Doña Ana County, in the District of New Mexico, the defendant, **ZACHARY MILTON HESS**, knowing that an offense against the United States had been committed, to wit, Interstate Transmission of an Extortionate Communication, in violation of 18 U.S.C. § 875(d), did receive, relieve, comfort, and assist the offender, in order to hinder and prevent the offenders' apprehension, trial, and punishment.

In violation of 18 U.S.C. § 3.

DAMON P. MARTINEZ
United States Attorney

MARISA A. LIZARRAGA
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM  88011
(575) 522-2304